UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATLANTIS WORLDWIDE LLC,

                Plaintiff,

-against-

EXPANSION MEDICAL, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/4/2022_
```

21 Civ. 8184 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff, Atlantis Worldwide LLC, brings this action against Expansion Medical, LLC, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. If Atlantis Worldwide LLC and Expansion Medical, LLC are, indeed, limited liability companies, as their names would imply, then the complaint must allege the citizenship of natural persons who are members of the limited liability companies and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability companies. By **April 15, 2022**, Plaintiff shall amend its pleading to allege the citizenship of each constituent person or entity of the two companies. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). If Plaintiff fails to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the limited liability companies, then the complaint will be dismissed for lack of subject matter jurisdiction.

    The default hearing scheduled for April 7, 2022, is ADJOURNED *sine die*. By **April 6, 2022**, Plaintiff shall serve a copy of this Order on Defendant via hand-delivery or first-class mail **and** service by the Secretary of State. N.Y. Business Corp. Law § 306. By **April 7, 2022**, Plaintiff shall file on the docket proof of service.

    SO ORDERED.

Dated: April 4, 2022
       New York, New York

                                                             ANALISA TORRES
                                             United States District Judge