UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATLANTIS WORLDWIDE LLC,

                Plaintiff,

-against-

EXPANSION MEDICAL, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/3/2022_

21 Civ. 8184 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's filings in connection with its motion for a default judgment against Defendant. ECF Nos. 41–46. Plaintiff has not filed an affidavit or declaration setting forth "[t]he legal basis, including citations to appropriate authorities, for a finding of liability based on the allegations in the complaint" as required by the Court's Individual Practices in Civil Cases Attachment A, section 1.c.i.3. Further, Plaintiff has not sufficiently articulated why an inquest into damages would be unnecessary, with citation to legal authorities, as required by the Court's Individual Practices in Civil Cases Attachment A, section 1.c.i.6. Accordingly, by **June 9, 2022**, Plaintiff shall file such an affidavit or declaration.

    SO ORDERED.

Dated: June 3, 2022
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge