```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATLANTIS WORLDWIDE LLC,

                Plaintiff,

-against-

EXPANSION MEDICAL, LLC,

                Defendant.

21 Civ. 8184 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On June 3, 2022, the Court ordered Plaintiff to filed an affidavit or declaration by June 9, 2022, setting forth "[t]he legal basis, including citations to appropriate authorities, for a finding of liability based on the allegations in the complaint" and articulating why an inquest into damages would be unnecessary, with citation to legal authorities, as required by the Court's Individual Practices in Civil Cases Attachment A, sections 1.c.i.3 & 6. ECF No. 47. Plaintiff refiled a prior affidavit which the Court previously indicated was lacking. *See* ECF No. 48, *see also* ECF No. 44. Accordingly, by **June 24, 2022**, Plaintiff shall file an affidavit or declaration in accordance with Court's Individual Practices in Civil Cases Attachment A, sections 1.c.i.3 & 6.

      SO ORDERED.

Dated: June 16, 2022
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge